TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO. 03-12-00495-CV
 
 




 

 

W. C. and L. H., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 126th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000261,
 The Honorable Suzanne Covington, 
 JUDGE PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellant W. C. filed his notice of appeal on July
 19, 2012.  The appellate record
 was complete August 23, 2012,
 making appellant’s brief due
 September 12, 2012.  On September 18, 2012, counsel for
 appellant filed a motion for extension of time to file his brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines.  The
 accelerated schedule constrains this Court’s leeway in granting
 extensions.  In this instance, we will
 grant the motion and order Mr. Ramon A. Molinar to
 file appellant’s brief no later than October 9, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on September 19, 2012.
  
 Before
 Chief Justice Jones, Justices Rose and Goodwin